**Samuel Davis PRIDGEN,**
**Plaintiff–Appellant,**

v.

**GEORGIA–PACIFIC CORPORATION;**
**Keith Fuller; Wrenn Bullock; Mike**
**Register, Defendants–Appellees.**

No. 04–1207.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 9, 2004.

Decided: Sept. 14, 2004.

Samuel Davis Pridgen, Appellant pro se.

Randall David Avram, Richard David Haygood, Kilpatrick Stockton, LLP, Raleigh, North Carolina, for Appellees.

Before WILKINSON, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Samuel Davis Pridgen appeals the magistrate judge's order awarding attorney's fees and costs to Appellees.* We have reviewed the record and find no reversible error. Accordingly, we affirm for the rea-

sons stated by the magistrate judge in his order. *See Pridgen v. Georgia–Pacific Corp.,* No. CA–03–102–7–F(1) (E.D.N.C. Jan. 16, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*

---

* Pridgen did not timely appeal the district court's final order granting summary judg-

ment in favor of the Appellees.